Patrick McMahon
Attorney for Defendants City of
Wenatchee, Jared Reinfeld and Scott Reiber
Carlson, McMahon & Sealby, PLLC
37 South Wenatchee Avenue, Suite F
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile

THE HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN McBRIDE,<br><br>Plaintiff,<br><br>vs.<br><br>JARED REINFELD, SCOTT REIBER, and the CITY OF WENATCHEE,<br><br>Defendants. | NO. CV-11-089-LRS<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY** |

THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of Dismissal with Prejudice as to all parties and claims, and without cost or attorney fees to either party, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above action be and the same is hereby dismissed with prejudice and without cost or attorney fees to either party.

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO
EITHER PARTY
Page 1

Carlson, McMahon & Sealby, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

DONE IN COURT this _____ day of _____, 2011.

By _____
THE HONORABLE LONNY R. SUKO

Presented by:

CARLSON, MCMAHON & SEALBY PLLC

By   /s/ Patrick McMahon
    PATRICK McMAHON, WSBA #18809
    Attorney for Defendants the City of Wenatchee,
    Jared Reinfeld and Scott Reiber

Approved as to Form and Content;
Notice of Presentation Waived:

LAW OFFICES OF FRED DIAMONDSTONE

By   /s/ Fred Diamondstone        12/8/11
    FRED DIAMONDSTONE, WSBA #7138
    Attorney for Plaintiff Justin McBride

AWC05-02123\PLE FEDERAL\ Order of Dismissal.120211

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO
EITHER PARTY
Page 2

Carlson, McMahon & Sealby, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on December 2, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

fdiamondstone@seanet.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on December 2, 2011.

/s/ Patrick McMahon
PATRICK McMAHON, WSBA #18809

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO
EITHER PARTY
Page 3

Carlson, McMahon & Sealby, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679