UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN MCBRIDE, ) | |
| ) | NO.  CV-11-0089-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| JARED REINFELD, SCOTT REIBER, ) | |
| and the CITY OF WENATCHEE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of all parties (ECF No. 17) filed December 15, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 16th day of December, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1